# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**07-235**
**consolidated with 07-229, 07-230, 07-231,**
**07-232, 07-233, 07-234, 07-236, 07-237, and 07-238**

STATE OF LOUISIANA

VERSUS

FAY PEREZ, III

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF VERMILION, NO. 41550,
HONORABLE BYRON HEBERT, DISTRICT JUDGE

************

## MICHAEL G. SULLIVAN
## JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Michael G. Sullivan, Judges.

**REMANDED WITH INSTRUCTIONS.**

Michael Harson
District Attorney
Ted L. Ayo
Assistant District Attorney
Post Office Box 175
Abbeville, Louisiana 70511-0175
(337) 898-4320
Counsel for:
    State of Louisiana

Mark O. Foster
Louisiana Appellate Project
Post Office Box 2057
Natchitoches, Louisiana 71457-2057
(318) 572-5693
Counsel for Defendant/Appellant:
    Fay V. Perez, III

SULLIVAN, Judge.

For the reasons assigned in *State v. Perez*, 07-229 (La.App. 3 Cir. 10/__/07), ___ So.2d ___, this matter is remanded to the trial court for another evidentiary hearing to determine whether the State's agreement to Defendant's plea was invalidated by vacation of the restitution to victims whose cases were dismissed. If the trial court imposes restitution as a condition of probation, it is instructed not to order restitution to a victim's insurer and to establish a determinate, specified payment plan for all fees and restitution amounts.

**REMANDED WITH INSTRUCTIONS.**